UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LINDA CUANANG,                                      JUDGMENT
                                                    11-CV- 3535 (SLT)
                              Plaintiff,

    -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                         Defendant.
-------------------------------------------------------------------X

        An Order of Honorable Sandra L. Townes, United States District Judge, having

been filed on November 29, 2011, reversing the Commissioner's decision, pursuant to the

fourth sentence of 42 U.S.C. § 405(g), which is made applicable to Supplemental Security

Income (SSI) claims by 42 U.S.C. § 1383(c)(3); remanding Plaintiff's claims for disability

insurance benefits and Supplemental Security Income (SSI) filed on March 30, 2007, for

further administrative proceedings, including, but not limited to, holding a supplemental

hearing, and issuing a new decision; ordering that upon remand, the Administrative Law

Judge (ALJ) will attempt to recontact al treating sources to update the medical record, and if

warranted, obtain clarification of their opinions; and directing that the Administrative Law

Judge will re-evaluate the medical opinion evidence in accordance with 20 C.F.R. §§ 404.1527

(d)(2) and 416.927(d)(2), and the opinion of Tatyana Irinina, Plaintiff's Physical Therapist, in

accordance with the Social Security Ruling 06-30p; it is

        ORDERED and ADJUDGED that pursuant to the fourth sentence of 42 U.S.C. §

405(g), which is made applicable to Supplemental Security Income (SSI) claims by 42 U.S.C. §

1383(c)(3), the Commissioner's decision is reversed; that Plaintiff's claims for disability

insurance benefits and Supplemental Security Income (SSI) filed on March 30, 2007, are

remanded for further administrative proceedings, including, but not limited to, holding a

Page 2

JUDGMENT
11-CV- 3535 (SLT)

supplemental hearing, and issuing a new decision; that upon remand, the Administrative Law

Judge (ALJ) will attempt to recontact all treating sources to update the medical record, and if

warranted, obtain clarification of their opinions; and that the Administrative Law Judge will

re-evaluate the medical opinion evidence in accordance with 20 C.F.R. §§ 404.1527(d)(2) and

416.927(d)(2), and the opinion of Tatyana Irinina, Plaintiff's Physical Therapist, in accordance

with Social Security Ruling 06-03p.

Dated: Brooklyn, New York
       November 29, 2011

\s Douglas C. Palmer

DOUGLAS C. PALMER
Clerk of Court